# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Lakeshore Engineering Services, Inc. ) ASBCA No. 59249
)
Under Contract No. W5J9JE-10-D-0004 )

APPEARANCE FOR THE APPELLANT: Anthony J. Calamunci, Esq.
  Special Counsel for Chapter 7 Trustee,
   Alfred T. Giuliano
  FisherBroyles, LLP
  Toledo, OH

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
  Dawn-Carole Harris, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Fort Worth

## ORDER OF DISMISSAL

The parties have filed a joint motion to dismiss with prejudice, representing that the Chapter 7 Trustee and the government have reached a settlement in the related bankruptcy litigation, which settlement has been approved by the bankruptcy court and resolves the claims at issue in this appeal.

Accordingly, this appeal is dismissed with prejudice.

Dated: 25 August 2016

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59249, Appeal of Lakeshore Engineering Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2